

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Salvador PENA, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ3514 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about August 28, 2021, within the Southern District of California, Defendant Salvador PENA, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Nicolas CASTANON-Arroyo and D.A.L., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 30ᵗʰ of August 2021.

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

The complainant states that Nicolas CASTANON Arroyo and D.A.L. are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impractical to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 28, 2021, at approximately 1:44 A.M., Salvador PENA (Defendant), a citizen of the United States (U.S.), made application for admission to the U.S. from Mexico at the Otay Mesa, California Port of Entry as the driver and sole visible occupant of a Ford Mustang. Upon inspection before a CBP Officer, Defendant presented a U.S. passport card and said he was going to Chula Vista, California with nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle's trunk and discovered two individuals concealed within. The CBP Officer radioed for assistance and attempted to place Defendant in handcuffs. Defendant resisted and drove his vehicle away from the port and all the tires were disabled from the Port Runner system.

CBP Officers responded and pursued Defendant with service vehicles. Defendant stopped and surrendered after a brief vehicle pursuit. One of the individuals concealed in the trunk, later identified as Nicolas CASTANON Arroyo, exited the trunk and attempted to abscond and was apprehended immediately after. Responding officers transported Defendant, the two individuals concealed in the trunk, and the vehicle to Otay Mesa, California Port of Entry for further processing.

The two concealed individuals, Nicolas CASTANON Arroyo (MW1), and D.A.L. (MW2), were found to be citizens of Mexico without any documents that would permit them to enter or remain in the U.S., and now held as Material Witnesses.

Continued Probable Cause Statement on Page 2;

Continued Probable Cause Statement

U.S. v. Salvador PENA

During video-recorded interviews, Material Witnesses admitted they are citizens of Mexico with no legal documents to enter the United States. MW1 stated he was going to Santa Barbara, California to work and was going to pay $16,000 U.S. dollars upon successful entry. MW1 stated while he was laying inside the trunk in line to cross into the U.S., he told the driver he could not breathe. MW2 stated he was going to Los Angeles, California to work and was going to pay $16,000 U.S. dollars upon successful entry.

Executed on this 28th day of August 2021.

_____ 25683

Alex Lahbabi / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named therein committed the offense on August 28, 2021, in violation of Title 8, U.S.C., Section 1324.

_Allison H. Goddard_                    _August 28, 2021  3:12 pm_

MAGISTRATE JUDGE                         DATE / TIME